Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:
TYRONE WILLIAMS
RONDA WILLIAMS

AURELIA MITCHELL DURANT
12616 N. 145TH WAY
SCOTTSDALE, AZ  85259

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  08-32161NLW

**NOTICE OF MOTION TO DISMISS PETITION**

HEARING DATE:  1/27/2011

**ORAL ARGUMENT REQUESTED**

TYRONE WILLIAMS
RONDA WILLIAMS
228 MURIEL AVENUE
PLAINFIELD, NJ  07060

    PLEASE TAKE NOTICE, that on 01/27/2011 at 10:00 am in the forenoon or as soon thereafter as counsel may be heard, the undersigned will move before Honorable Judge NOVALYN L. WINFIELD, at US Bankruptcy Court, 50 Walnut Street, Third Floor, D, Newark, NJ 07102, for an Order Dismissing this case.

    The undersigned will rely on the attached Certification in support of this motion plus an oral report updating the information on the return date of this motion.

                                                      Marie-Ann Greenberg, Esquire
                                                      Chapter 13 Standing Trustee

                                        By:   /S/Marie-Ann Greenberg
                                                 Marie-Ann Greenberg, Esquire

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

TYRONE WILLIAMS
RONDA WILLIAMS

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  08-32161NLW

**CERTIFICATION IN SUPPORT OF MOTION**

I, Jackie Michaels, being of full age certify that:

    1.  I am an administrator for Marie-Ann Greenberg, Standing Trustee, and am familiar with the facts of this case.

    2.  The Debtor(s) case has been reviewed and it would appear that the plan can not complete within the 60 months limitation, due to the Debtor(s) being delinquent and/or higher proof of claims and/or unscheduled claims.

    3.  For the reasons set forth above, the Trustee recommends that the case be dismissed.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willingly false, that I am subject to punishment.

Dated:  October 28, 2010

By:  /S/  Jackie Michaels
     Jackie Michaels
     Administrator

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

| | |
|---|---|
| IN RE: | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| TYRONE WILLIAMS<br>RONDA WILLIAMS | Case No.:  08-32161NLW |

**CERTIFICATE OF SERVICE**

On October 28, 2010, the undersigned served to AURELIA MITCHELL DURANT, TYRONE WILLIAMS, and RONDA WILLIAMS a copy of the within Notice of Motion to Dismiss.

Notice of Motion was served via US Mail or electronically via ECF.

Dated:  October 28, 2010

By:  /S/  Jackie Michaels
     Jackie Michaels
     Administrator